IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| MOFID SALEH<br><br>                                    Petitioner.<br>            v.<br><br>UNITED STATES OF AMERICA<br><br>                                    Respondent. | Criminal Action Number 3:03CR187-JRS-01<br>Civil Action Number 3: 05CV57-JRS |

## **FINAL ORDER**

THIS MATTER comes before the Court on Petitioner Mofid Saleh's pro se Motion to Vacate, Correct, or Set Aside his conviction pursuant to 28 U.S.C. § 2255 ("§ 2255"). For the reasons stated in the accompanying Memorandum Opinion, Petitioner's § 2255 Motion is DENIED. Petitioner is ADVISED that he may appeal the decision of the Court. Should he wish to appeal, he must file his notice of appeal with the Court within sixty (60) days of the date of entry of this Order.

Let the Clerk send a copy of this Order to Petitioner and all parties of record.

IT IS SO ORDERED.


ENTERED this __26__ day of AUGUST, 2005

                                                          /s/ James R. Spencer
                                                        JAMES R. SPENCER
                                                        UNITED STATES DISTRICT JUDGE